**Edmond K. MACHIE, Plaintiff–Appellant,**

v.

**Leo E. GREEN, Jr., Judge; Lori Hester; Eric Rosenberg; Phillip R. Zuber; Emily Spiering; Rosenberg & Fayne LLP; Sasscer, Clagett & Bucher, Defendants–Appellees.**

No. 15–2588.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2016.

Decided: April 21, 2016.

Edmond K. Machie, Appellant Pro Se.

Before AGEE, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edmond Machie appeals the district court's order dismissing his civil action. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Machie's informal brief does not challenge the basis for the district court's disposition, Machie has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*